UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE FREEMAN, JR.,

    Plaintiff,

v.                              CASE NO. 8:15-cv-1622-T-23EAJ

LAKE WALES POLICE
DEPARTMENT, et al.,

    Defendants.
_____/

**ORDER**

    Claiming constitutional violations, the *pro se* plaintiff sues (Docs. 1, 7) the City of Lake Wales, Florida, and four employees of the Lake Wales police department because of an interrogation during which an officer yelled at the plaintiff and told the plaintiff "to get out of the . . . police department now." A September 2, 2015 report (Doc. 8) correctly recommends denying the plaintiff's motion (Doc. 2) to proceed *in forma pauperis* and dismissing the complaint. *See* 28 U.S.C. § 1915(e)(2)(B) ("[T]he court shall dismiss [an action] at any time if the court determines that [the action] . . . is frivolous or malicious; fails to state a claim . . . ; or seeks monetary relief against a defendant who is immune from such relief."). The September 2, 2015 report (Doc. 8)

is **ADOPTED**, the motion (Doc. 2) is **DENIED**, and this action is **DISMISSED**.

The clerk is directed to close the case.

      ORDERED in Tampa, Florida, on October 13, 2015.

                                        *[signature]*

                              STEVEN D. MERRYDAY
                            UNITED STATES DISTRICT JUDGE